Case 4:21-cr-00283-DCN   Document 43   Filed 09/30/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of ____Idaho____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:21-cr-00283-DCN-1 |
| Pedro Reyes-Carreno ) | |
| ) | USM No: 75102-509 |
| Date of Original Judgment: 11/8/2022 ) | |
| Date of Previous Amended Judgment: ____ ) | Matthew Kinghorn |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____11/08/2022____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  9/30/2024

Judge's signature

Effective Date: _____

David C. Nye, Chief U.S. District Court Judge
*(if different from order date)*                                          *Printed name and title*